# UNITED STATES DISTRICT COURT
for the
District of <u>DELAWARE</u>

ASTRAZENECA PHARMACEUTICALS LP, and
ASTRAZENECA UK LIMITED, and
IPR PHARMACEUTICALS, INC., and
SHIONOGI SEIYAKU KABUSHIKI KAISHA,

                  Plaintiffs,

        v.                        Civil Action No. 08-426

TEVA PHARMACEUTICALS USA,

                  Defendant.

## Summons in a Civil Action

TO: Teva Pharmaceuticals USA
c/o Corporate Creations Network, Inc.
3411 Silverside Road
Rodney Building #104
Wilmington, DE 19810

A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day your received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are:

    Mary W. Bourke, Esquire
    Connolly Bove Lodge & Hutz LLP
    The Nemours Building
    1007 North Orange Street
    Post Office Box 2207
    Wilmington, Delaware 19899-2207

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
Name of clerk of court

Date: JUL 1 1 2008

_____
Deputy clerk's signature

Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Teva Pharmaceuticals USA, by:

(1) personally delivering a copy of each to the individual at this place, Corporate Creations Network, Inc. 3411 Silverside Rd. Rodney Building #104 Wilm DE 19810 at 11:31 AM. Accepted by: Meedra Surratte ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) returning the summons unexecuted to the court clerk on _____.

My fees are $_____ for travel and $_____ for services, for a total of $_____

Date: July 11, 2008

_____
Server's signature

Lauren Morrison, Process Server
Printed name and title

280 N Market St Wilmington DE 19801
Server's Address

622126