# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTRAZENECA PHARMACEUTICALS LP,<br>ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC., and<br>SHIONOGI SEIYAKU KABUSHIKI<br>KAISHA,<br><br>          Plaintiffs,<br>   v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: 08-426 (JJF) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Joseph H. Huston, Jr., a member of the Bar of this Court, acting pursuant to Rule 83.5 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, hereby moves for the admission *pro hac vice* of Ralph J. Gabric, Esquire, of the law firm Brinks Hofer Gilson & Lione at 455 North Cityfront Plaza Drive, NBC Tower, Suite 3600, Chicago, IL 60611-5599 to represent the Defendant Teva Pharmaceuticals USA in this action.

Dated: July 31, 2008

STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Tel: (302) 654-5180
Fax: (302) 654-5181
E-mail: jhh@stevenslee.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that the foregoing motion for admission *pro hac vice* is granted.

Date: _____    _____
                                              Joseph J. Farnan, Jr.
                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED

Pursuant to Local Civil Rule 83.5, I certify that I am eligible for admission *pro hac vice* to this Court, I am admitted, practicing, and in good standing as a member of the Bar of the State of Illinois, and am admitted to practice before the United States District Court for the Western District of Michigan, United States District Court for the Northern District of Illinois, and United States Court of Appeals for the Federal Circuit. Pursuant to Local Civil Rule 83.6, I submit to the jurisdiction of the United States District Court for the District of Delaware for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I am generally familiar with the Rules of this Court. In accordance with the Local Rules and applicable orders, a $25.00 fee payment will be submitted to the Clerk's Office upon filing this Motion.

Date: July 30, 2008

Ralph J. Gabric
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611-5599
312.321.4253 - Direct
312.321.4299 - Fax
rgabric@usebrinks.com

## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that, on this 31st day of July, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing *Motion And Order For Admission Pro Hac Vice* were served by first class United States mail, postage prepaid, upon the parties listed below:

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899

Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

Ford F. Farabow, Esq.
Charles E. Lipsey, Esq.
York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.