IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Civil Action No. 08-426 JJF<br><br>Judge Joseph J. Farnan, Jr. |

### TEVA PHARMACEUTICALS USA, INC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Teva Pharmaceuticals USA, Inc., hereby states that it is an indirect, wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which, in turn, is a publicly-traded company.

Respectfully submitted,

Dated: July 31, 2008    By: ___/s/ Joseph H. Huston, Jr.___
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
E-mail: *jhh@stevenslee.com*

and

SL1 856050v1/030421.00303

Richard A. Kaplan (*pro hac vice* pending)
Ralph J. Gabric (*pro hac vice* pending)
Jeffry M. Nichols (*pro hac vice* pending)
Jason W. Schigelone (*pro hac vice* pending)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
E-mail: *rkaplan@brinkshofer.com*
E-mail: *rgabric@brinkshofer.com*
E-mail: *jnichols@brinkshofer.com*
E-mail: *jschigelone@brinkshofer.com*

Attorneys for Defendant,
TEVA PHARMACEUTICALS USA, INC.

SL1 856050v1/030421.00303

## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that, on this 31st day of July, 2008, and in addition to the service provided by the Court's CM/ECF system, true and correct copies of the foregoing *DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1* were served by first class United States mail, postage prepaid, upon the parties listed below:

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899

Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

Ford F. Farabow, Esq.
Charles E. Lipsey, Esq.
York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett &
Dunner, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.

SL1 856050v1/030421.00303