IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>    Defendant. | Civil Action No.: 08-426-JJF |

**ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Charles Edmund Lipsey and York Moody Faulkner of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 11955 Freedom Drive, Suite 800, Reston, Virginia 20190 to represent Plaintiff AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission was submitted to the Clerk's Office on January 4, 2008 by receipt number 150129.

                                            Respectfully submitted,

                                            */s/ Mary W. Bourke*
                                            **Mary W. Bourke (#2356)**
                                            CONNOLLY BOVE LODGE & HUTZ LLP
                                            1007 N. Orange Street
                                            Wilmington, DE 19899
                                            Telephone: (302) 658-9141
                                            Facsimile: (302) 658-5614
DATED: August 4, 2008                       mbourke@cblh.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                      _____
                                            United States District Judge

622389

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>Defendant. | Civil Action No.: 08-426-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 7/30/08

_____
Charles Edmund Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190
Telephone: 571 203 2700
Facsimile: 202 408 4400

*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>Defendant. | Civil Action No.: 08-426-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia, Utah, and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 7/23/08

York Moody Faulkner
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190
Telephone: 571 203 2700
Facsimile: 202 408 4400

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

  I, hereby certify on the 4th day of August, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* with the Clerk of Court using CM/ECF which will send notification of such filing to the following individuals: and have served the following via email:

Joseph H. Hutson, Jr.
**STEVENS & LEE P.C.**
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Phone: 302-425-3310
Fax: 610-371-7972
jhh@stevenslee.com

  The undersigned counsel further certifies that, on August 4, 2008, copies of the foregoing document was also served upon the following individuals via electronic mail:

| | |
|---|---|
| Richard A. Kaplan<br>Ralph J. Gabric<br>Jeffry M. Nichols<br>Jason W. Schigelone<br>**BRINKS HOFER GILSON & LIONE**<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Dr.<br>Chicago, Ill 60611<br>Phone: 312-321-4200<br>Fax: 312-321-4299<br>rkaplan@brinkshofer.com<br>rgabric@brinkshofer.com<br>jnichols@brinkshofer.com<br>jschigelone@brinkshofer.com | Joseph H. Hutson, Jr.<br>**STEVENS & LEE P.C.**<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Phone: 302-425-3310<br>Fax: 610-371-7972<br>jhh@stevenslee.com |

                       CONNOLLY BOVE LODGE & HUTZ LLP

                       By: /s/ Mary W. Bourke
                       **Mary W. Bourke (#2356)**
                       1007 N. Orange Street
                       Wilmington, DE 19899
                       Telephone: (302) 658-9141
                       Facsimile: (302) 658-5614
                       mbourke@cblh.com

622389