IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, Plaintiffs, v. TEVA PHARMACEUTICALS USA, Defendant. | Civil Action No.: 08-426-JJF |
|---|---|

**ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Ford F. Farabow to represent Plaintiff AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission was submitted to the Clerk's Office on December 20, 2007 by receipt number 150024.

Respectfully submitted,

/s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

DATED: August 4, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
                                United States District Judge

622383

IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>Defendant. | Civil Action No.: 08-426-JJF |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of South Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: July 17, 2008

Ford F. Farabow
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001
Phone: 202-408-4044
Fax: 202-408-4400

*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

      I, hereby certify on the 4th day of August, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* with the Clerk of Court using CM/ECF which will send notification of such filing to the following individuals: and have served the following via email:

Joseph H. Hutson, Jr.
**STEVENS & LEE P.C.**
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Phone: 302-425-3310
Fax: 610-371-7972
jhh@stevenslee.com

      The undersigned counsel further certifies that, on August 4, 2008, copies of the foregoing document was also served upon the following individuals via electronic mail:

| | |
|---|---|
| Richard A. Kaplan<br>Ralph J. Gabric<br>Jeffry M. Nichols<br>Jason W. Schigelone<br>**BRINKS HOFER GILSON & LIONE**<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Dr.<br>Chicago, Ill 60611<br>Phone: 312-321-4200<br>Fax: 312-321-4299<br>rkaplan@brinkshofer.com<br>rgabric@brinkshofer.com<br>jnichols@brinkshofer.com<br>jschigelone@brinkshofer.com | Joseph H. Hutson, Jr.<br>**STEVENS & LEE P.C.**<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Phone: 302-425-3310<br>Fax: 610-371-7972<br>jhh@stevenslee.com |

 

                                          **CONNOLLY BOVE LODGE & HUTZ LLP**

                                          By: /s/ *Mary W. Bourke*
                                          **Mary W. Bourke (#2356)**
                                          1007 N. Orange Street
                                          Wilmington, DE 19899
                                          Telephone: (302) 658-9141
                                          Facsimile: (302) 658-5614
                                          mbourke@cblh.com

622383