IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>　　　　Defendant. | Civil Action No.: 08-426-JJF |

**ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

　　　　Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kenneth M. Frankel of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Two Freedom Square, 11955 Freedom Drive, Reston, Virginia 20190 to represent Plaintiff AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission was submitted to the Clerk's Office on April 7, 2008 by receipt number 151437.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　__/s/ Mary W. Bourke__
　　　　　　　　　　　　　　　　　　　　**Mary W. Bourke (#2356)**
　　　　　　　　　　　　　　　　　　　　CONNOLLY BOVE LODGE & HUTZ LLP
　　　　　　　　　　　　　　　　　　　　1007 N. Orange Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899
　　　　　　　　　　　　　　　　　　　　Telephone: (302) 658-9141
　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 658-5614
　　　　　　　　　　　　　　　　　　　　mbourke@cblh.com

DATED: August 4, 2008

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>Defendant. | Civil Action No.: 08-426-JJF |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: JULY 29, 2008

_____
Kenneth M. Frankel
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, Virginia 20190
Telephone: 571-203-2700
Facsimile: 202-408-4400
*Attorneys for the Plaintiffs*

622392

## CERTIFICATE OF SERVICE

  I, hereby certify on the 4th day of August, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* with the Clerk of Court using CM/ECF which will send notification of such filing to the following individuals:  and have served the following via email:

Joseph H. Hutson, Jr.
**STEVENS & LEE P.C.**
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Phone: 302-425-3310
Fax: 610-371-7972
jhh@stevenslee.com

  The undersigned counsel further certifies that, on August 4, 2008, copies of the foregoing document was also served upon the following individuals via electronic mail:

| | |
|---|---|
| Richard A. Kaplan<br>Ralph J. Gabric<br>Jeffry M. Nichols<br>Jason W. Schigelone<br>**BRINKS HOFER GILSON & LIONE**<br>NBC Tower, Suite 3600<br>455 North Cityfront Plaza Dr.<br>Chicago, Ill 60611<br>Phone: 312-321-4200<br>Fax: 312-321-4299<br>rkaplan@brinkshofer.com<br>rgabric@brinkshofer.com<br>jnichols@brinkshofer.com<br>jschigelone@brinkshofer.com | Joseph H. Hutson, Jr.<br>**STEVENS & LEE P.C.**<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801<br>Phone: 302-425-3310<br>Fax: 610-371-7972<br>jhh@stevenslee.com |

                CONNOLLY BOVE LODGE & HUTZ LLP

                By:  /s/ Mary W. Bourke
                **Mary W. Bourke (#2356)**
                1007 N. Orange Street
                Wilmington, DE 19899
                Telephone: (302) 658-9141
                Facsimile:  (302) 658-5614
                mbourke@cblh.com

622383
622392