IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>Defendant. | Civil Action No.: 08-426-JJF |

**ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Henry J. Renk, Colleen Tracy, and Dennis Gregory of Fitzpatrick, Cella, Harper, & Scinto, 30 Rockefeller Plaza, New York, NY 10112 to represent Plaintiff AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission was submitted to the Clerk's Office on January 24, 2008 by receipt number 150486.

                                                                         Respectfully submitted,
                                                                         **CONNOLLY BOVE LODGE & HUTZ LLP**

                                                                         */s/ Mary W. Bourke*
                                                                         **Mary W. Bourke (#2356)**
                                                                         CONNOLLY BOVE LODGE & HUTZ LLP
                                                                         1007 N. Orange Street
                                                                         Wilmington, DE 19899
                                                                         Telephone: (302) 658-9141
                                                                         Facsimile: (302) 658-5614
DATED: August 4, 2008                                  mbourke@cblh.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____                                      _____
                                                             United States District Judge

622378

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRCIT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>    Defendant. | Civil Action No.: 08-426 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New York and Virginia; the United States District Courts for the Southern, Eastern and Western Districts of New York; the Courts of Appeals for the Second Circuit and Federal Circuit. Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 7/18/08

Henry J. Renk
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-218-2100
Facsimile: 212-218-2200
*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>Defendants. | Civil Action No.: 08-426 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the States of New York and New Jersey; the U.S. Supreme Court; U.S. Federal Circuit Court of Appeals; the U.S. District Courts for the Southern, Eastern and Western Districts of New York and the U.S. District Court of New Jersey; and the U.S. Patent and Trademark Office. Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 7/17/08

Colleen Tracy
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-218-2100
Facsimile: 212-218-2200
*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>　　　　Defendants. | Civil Action No.: 08-426 |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bars of the State of New York and the U.S. Patent and Trademark Office. Pursuant to Local Rule 83.6, I further certify that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: July 28, 2008

Dennis Gregory
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
Telephone: 212-218-2100
Facsimile: 212-218-2200
*Attorneys for the Plaintiffs*

# CERTIFICATE OF SERVICE

I, hereby certify on the 4th day of August, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* with the Clerk of Court using CM/ECF which will send notification of such filing to the following individuals: and have served the following via email:

Joseph H. Hutson, Jr.
**STEVENS & LEE P.C.**
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Phone: 302-425-3310
Fax: 610-371-7972
jhh@stevenslee.com

The undersigned counsel further certifies that, on August 4, 2008, copies of the foregoing document was also served upon the following individuals via electronic mail:

| | |
|---|---|
| Richard A. Kaplan | Joseph H. Hutson, Jr. |
| Ralph J. Gabric | **STEVENS & LEE P.C.** |
| Jeffry M. Nichols | 1105 North Market Street, 7th Floor |
| Jason W. Schigelone | Wilmington, DE 19801 |
| **BRINKS HOFER GILSON & LIONE** | Phone: 302-425-3310 |
| NBC Tower, Suite 3600 | Fax: 610-371-7972 |
| 455 North Cityfront Plaza Dr. | jhh@stevenslee.com |
| Chicago, Ill 60611 | |
| Phone: 312-321-4200 | |
| Fax: 312-321-4299 | |
| rkaplan@brinkshofer.com | |
| rgabric@brinkshofer.com | |
| jnichols@brinkshofer.com | |
| jschigelone@brinkshofer.com | |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: /s/ *Mary W. Bourke*
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

622378