IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ROSUVASTATIN CALCIUM PATENT LITIGATION | : : MDL No. 08-1949 |
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>          Plaintiffs,<br><br>     v.<br><br>TEVA PHARMACEUTICALS USA,<br><br>          Defendant. | : : : : : : : : : Civil Action No. 08-426-JJF-LPS : : : |

### O R D E R

WHEREAS, the above-captioned case was recently filed with this district and the Civil Cover Sheet indicates the case is a related matter in the Multidistrict Litigation, <u>In Re Rosuvastatin Calcium Patent Litigation</u>, MDL 08-1949 which has been assigned to Magistrate Judge Stark for pretrial management;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

 August 8, 2008 
       DATE

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE