IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br>v.<br>Teva Pharmaceuticals USA,<br><br>Defendant. | Civ. No. 07-426-JJF-LPS |

### NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 38) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on August 18, 2008 in the manner indicated:

**Via Email & Hand Delivery:**
Joseph H. Huston, Jr.
STEVENS & LEE P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
E-mail: jhh@stevenslee.com

**Via Email & Federal Express:**
Richard A. Kaplan
Ralph J. Gabric
Jeffry M. Nichols
Jason W. Schigelone
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
E-mail: rkaplan@brinkshofer.com
E-mail: rgabric@brinkshofer.com
E-mail: jnichols@brinkshofer.com
E-mail: jschigelone@brinkshofer.com

Respectfully Submitted:

/s/ *Mary W. Bourke*

Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

*Attorneys for Plaintiffs*

Ford F. Farabow
Charles E. Lipsey
Kenneth M. Frankel
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Of Counsel for Plaintiffs*

Dated: August 18, 2008

## CERTIFICATE OF SERVICE

    I, hereby certify on the 18th day of August, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served in the manner indicated:

**Via Email & Hand Delivery:**
Joseph H. Huston, Jr.
STEVENS & LEE P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
E-mail: jhh@stevenslee.com

**Via Email & Federal Express:**
Richard A. Kaplan
Ralph J. Gabric
Jeffry M. Nichols
Jason W. Schigelone
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
E-mail: rkaplan@brinkshofer.com
E-mail: rgabric@brinkshofer.com
E-mail: jnichols@brinkshofer.com
E-mail: jschigelone@brinkshofer.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:   */s/ Mary W. Bourke*
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

629883

3