IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., AND SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Civ. No. 08-426-JJF-LPS |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of PLAINTIFFS' RULE 26(a)(1)(A) DISCLOSURES were caused to be served on September 5, 2008, on the counsel of record listed below in the manner indicated:

**Via Email & Hand Delivery:**
Joseph H. Huston, Jr.
STEVENS & LEE P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
E-mail: jhh@stevenslee.com

**Via Email & Federal Express:**
Richard A. Kaplan
Ralph J. Gabric
Jeffry M. Nichols
Jason W. Schigelone
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
E-mail: rkaplan@brinkshofer.com
E-mail: rgabric@brinkshofer.com
E-mail: jnichols@brinkshofer.com
E-mail: jschigelone@brinkshofer.com
CONNOLLY BOVE LODGE & HUTZ LLP

Dated: September 5, 2008

_/s/ Mary W. Bourke_
Mary W. Bourke (#2356)
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

## CERTIFICATE OF SERVICE

I, hereby certify on the 5th day of September, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served in the manner indicated:

**Via Email & Hand Delivery:**
Joseph H. Huston, Jr.
STEVENS & LEE P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
E-mail: jhh@stevenslee.com

**Via Email & Federal Express:**
Richard A. Kaplan
Ralph J. Gabric
Jeffry M. Nichols
Jason W. Schigelone
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
E-mail: rkaplan@brinkshofer.com
E-mail: rgabric@brinkshofer.com
E-mail: jnichols@brinkshofer.com
E-mail: jschigelone@brinkshofer.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/s/ Mary W. Bourke___
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

633283

2