IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>Defendant. | Civil Action No. 08-426 JJF<br><br>Judge Joseph J. Farnan, Jr. |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on September 5, 2008, Defendant Teva Pharmaceuticals USA, Inc., by and though its counsel, served its Initial Disclosures under Fed. R. Civ. P. 26(a)(1) by email and by first class mail, postage prepaid, upon the following:

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899
E-mail: mbourke@cblh.com

Ford F. Farabow, Esq.
Charles E. Lipsey, Esq.
Kenneth M. Frankel, Esq.
York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
E-mail: ford.farabow@finnegan.com
E-mail: charles.lipsey@finnegan.com
E-mail: kenneth.frankel@finnegan.com
E-mail: york.faulkner@finnegan.com

Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112
E-mail: hrenk@fchs.com

Dated: September 5, 2008

Respectfully submitted,

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr. (No. 4035)
STEVENS & LEE P.C.
1105 North Market Street, 7th Floor
Wilmington, Delaware 19801
Telephone: (302) 425-3310
Facsimile: (610) 371-7972
E-mail: *jhh@stevenslee.com*

and

Richard A. Kaplan (admitted *pro hac vice*)
Ralph J. Gabric (admitted *pro hac vice*)
Jeffry M. Nichols (admitted *pro hac vice*)
Jason W. Schigelone (admitted *pro hac vice*)
BRINKS HOFER GILSON & LIONE
NBC Tower, Suite 3600
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
Telephone: (312) 321-4200
Facsimile: (312) 321-4299
E-mail: *rkaplan@brinkshofer.com*
E-mail: *rgabric@brinkshofer.com*
E-mail: *jnichols@brinkshofer.com*
E-mail: *jschigelone@brinkshofer.com*

Attorneys for Defendant,
TEVA PHARMACEUTICALS USA, INC.

## CERTIFICATE OF SERVICE

I, Joseph H. Huston, Jr., hereby certify that, on this 5th day of September, 2008, a copy of the *Notice of Service* was served electronically through the Court's CM/ECF and by first class mail, postage prepaid, upon the following:

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, DE 19899

Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY 10112

Ford F. Farabow, Esq.
Charles E. Lipsey, Esq.
Kenneth M. Frankel, Esq.
York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001

/s/ Joseph H. Huston, Jr.
Joseph H. Huston, Jr.